CHARLES H. TAGGART, as Administrator of the Estate of WINIFRED M. TAGGART, Deceased, Respondent, *v.* WILLIAM J. COLLINS, Appellant.

*Appeal — motion to dismiss appeal denied.*

Reported below, 210 App. Div. 671.

(Submitted February 24, 1925; decided February 25, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 15, 1924, reversing a judgment in favor of defendant entered upon a verdict directed by the court and granting a new trial.

The motion was made upon the ground that the decision of the Appellate Division was unanimous; no constitutional question was involved and that permission to appeal had not been obtained.

*Charles N. Bulger* for motion.

*Howard D. Bailey* opposed.

Motion denied, with ten dollars costs.